06-1858

# AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is __11/14/2006__. The cost of the mailing is $ __8.30__

Certified mail # __7006 0810 0002 6675 3933__

to:

Civil Process Clerk
United States Attorney
District of Columbia
501 3rd St. NW
Washington, DC 20001

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Stephen D Dawson_         _Nov. 22, 2006_
Signature                                        Date

**RECEIVED**

NOV 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _____ 11/14/2006. The cost of the mailing is $ 8.30

Certified mail # 7006 0810 0002 6675 3926

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

   I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____       Nov 22, 2006
          Signature                                           Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Atty General
   DOJ - Civil Process Clerk
   950 Pennsylvania Av NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   NOV 14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0002 6675 3926

PS Form 3811, February 2004     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorney
   501 3rd St NW
   Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   NOV 14 200

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0002 6675 3933

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

CERTIFICATE OF SERVICE

I certify that I have served a copy of Judge Richard J. Leon's Case Management Order on defendant's attorney at 501 3rd St NW, Washington, DC 20001.

Dated  November 11 , 2006

Charles Radcliffe