RECEIVED

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLUMBIA

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Charles Radcliffe

Plaintiff(s),

Case No. 1:06-cv-01858 RJL

v.

United States

Defendant.

REQUEST FOR CLERKS ENTRY
OF DEFAULT

1.   Plaintiff(s) request(s) that default be entered forthwith against defendant.

2.   The record shows that plaintiffs served the United States Attorney the summons and complaint on November 14, 2006.

4.   The record shows that the court ordered defendants plead or otherwise defend on or before January 16, 2007.

5.   The record is silent as to defendant requesting an extension of time to plead or otherwise defend..

6.   The record shows that defendant failed to obey a lawful order of the court by failing to plead or otherwise defend on or before January 16, 2007.

Wherefore, plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated, _____ 19 , 2007

Charles Radcliffe

page 1 of 1 pages

Motion for default

Charles Radcliffe v. United States.