Draft:

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES RADCLIFFE

      Plaintiff(s)

      V.

Civil Action No. 06-cv-01858-RJL

UNITED STATES

      Defendant(s)

RE: UNITED STATES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 14, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
      Jackie Francis
      Deputy Clerk