UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES RADCLIFFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06cv1858 (RJL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion issued on this date, it is, this ____ day of April 2007, hereby

**ORDERED** that defendant's Motion to Vacate Entry of Default [#7] is GRANTED; and it is further

**ORDERED** that defendant's Motion to Dismiss [#7] is GRANTED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge